UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE A. SU,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC,<br><br>            Defendant. | Case No. MC23-0084-JCC-SKV<br><br>ORDER TO SHOW CAUSE RE: PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA |

       This matter comes before the Court on the Petition to Enforce an Administrative Subpoena issued by Petitioner Julie A. Su, Acting Secretary of Labor, United States Department of Labor.  Dkt. 1.  Having reviewed the Petition and all supporting materials, the Court ORDERS Respondent to SHOW CAUSE as set forth below.

       Acting Secretary Su asks the Court to issue an Order to Show Cause requiring Amazon to explain why it should not be required to produce records in response to an administrative subpoena she served on Amazon.  The subpoena was issued to assist the Acting Secretary in investigating Amazon's possible violations of the Labor-Management Reporting and Disclosure Act of 1959.

The Court finds that the request to issue an Order to Show Cause is appropriate. The Court has jurisdiction over the Petition pursuant to 15 U.S.C. §§ 49 and 50, as well as 28 U.S.C. §§ 1331 and 1345. And Amazon should be afforded the opportunity to file a response to the Acting Secretary's Petition before the Court rules. The Court therefore ORDERS as follows:

(1) Amazon shall file a response to the Acting Secretary's Petition by no later than January 12, 2024;

(2) The Acting Secretary may then file a Reply brief by no later than January 26, 2024; and

(3) An Investigator from the Office of Labor Management Standards, U.S. Department of Labor, shall serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondent.

The Clerk is directed to send copies of this Order to the parties and to the Honorable John C. Coughenour.

Dated this 14th day of December, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE RE: PETITION TO
ENFORCE ADMINISTRATIVE SUBPOENA - 2