THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE K. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Petitioner,<br><br>  v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Respondent. | Case No. MC23-0084-JCC-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION TO FILE OVERLENGTH BRIEF<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 26, 2024 |

Respondent's Motion to File Overlength Brief is hereby GRANTED.

Respondent may submit an Opposition brief that shall not exceed 8,400 words. The Department of Labor may file a Reply brief that does not exceed 6,300 words.

DATED this 26th day of January, 2024.

              _/s/ S. Kate Vaughan_
              S. KATE VAUGHAN
              United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION TO FILE OVERLENGTH BRIEF
[NO. MC23-0084-JCC-SKV] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

307486141v.1

1  Presented by:

2  SEYFARTH SHAW LLP

3  *s/ Joe Wonderly*

4  Joe Wonderly, WSBA #38888
Email:    jwonderly@seyfarth.com

5
999 Third Avenue, Suite 4700
6  Seattle, Washington 98104-4041
Telephone: (206) 946-4910
7

8  *Counsel for Respondent*

ORDER GRANTING RESPONDENT'S MOTION TO FILE OVERLENGTH BRIEF
[NO. MC23-0084-JCC-SKV] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

307486141v.1